UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.     CASE NO.: 5:05cr30/MCR

DAVID KIM LOCKART

_____/

**O R D E R**

  Defendant was sentenced in this cause on July 6, 2006, and the case is presently pending before the United States Court of Appeals. Counsel for the defendant has now filed in this court his Motion To Withdraw As Counsel Of Record. (Doc. 62). Before the court rules on counsel's motion, the defendant shall be allowed an opportunity to respond to counsel's request. Accordingly, it is ordered:

  1. Within twenty (20) days of the date hereof, defendant shall respond to defense counsel's motion as follows:

   (a) Advise the court of any objection to counsel's request to withdraw, stating the reasons for any objection;

   (b) Advise the court if he will retain substitute counsel or if he wants the court to appoint counsel. If defendant seeks court-appointed counsel, he shall complete the necessary financial affidavit and file same with the court.

  2. The clerk is directed to forward a copy of this order, along with a copy of counsel's motion and a financial affidavit form to defendant at his current custodial address.

  3. Defendant's failure to timely respond as ordered herein may jeopardize his rights on appeal.

  **DONE and ORDERED** this 3rd day of August, 2006.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT COURT**