# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>David Kim Lockart | )<br>)<br>) Case No: 5:05cr30/MCR<br>) USM No: 00204-017 |
| Date of Previous Judgment: July 11, 2006<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant's base offense level was not calculated on drug weight. Amendment 706 does not apply.

All provisions of the judgment dated   July 11, 2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9-29-08

                                                                          *M. Casey Rodgers*
                                                                          Judge's signature

Effective Date: _____                     M. Casey Rodgers, United States District Judge
(if different from order date)                     Printed name and title